Affirmed and Memorandum Opinion filed January 27, 2005









Affirmed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00900-CR

____________

 

JAMES ALEX RIVERA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 228th District
Court

Harris County, Texas

Trial Court Cause No. 978,367

 



 

M E M O R A N D U M   O P I N I O N

After a guilty plea, appellant was convicted of the offense
of driving while intoxicated and sentenced to three years= imprisonment on September 9, 2004. 

On January 6, 2005, this court ordered a hearing to determine
why the reporter=s record had not been filed, whether appellant was indigent,
or whether he had abandoned his appeal. 
On January 12, 2005, the trial court conducted the hearing.  The record of the hearing was filed in this
court on January 19, 2005.








In hearing, the appellant informed the trial court that he no
longer wished to pursue the appeal. 
Appellant was represented by counsel and states that he made the
decision not to pursue the appeal voluntarily and without coercion.  The trial court found appellant no longer
desires to prosecute his appeal.

On the basis of those findings, this court has considered the
appeal without briefs.   See Tex. R.
App. P. 38.8(b).

The case is before us without a reporter=s record or bill of exception.  We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed January 27, 2005.

Panel consists of
Justices Yates, Edelman, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).